No. 88-6873. CLEMONS *v.* MISSISSIPPI. Sup. Ct. Miss. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 87-1445. HAMPTON, PERSONAL REPRESENTATIVE OF THE ESTATE OF HAMPTON *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 87-1454. SKOBLOW *v.* AMERI-MANAGE, INC. Sup. Ct. Fla. Certiorari denied.

No. 88-447. VEST *v.* SCHAFER ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 88-527. BISHOP ET UX., ADMINISTRATORS OF THE ESTATE OF BISHOP *v.* GWALTNEY ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 88-542. JACKSON *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 88-660. SIMKINS INDUSTRIES, INC. *v.* SIERRA CLUB. C. A. 4th Cir. Certiorari denied.

No. 88-709. ROE *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN (DOE, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88-1254. SCHOO *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 88-1382. EAGLE-PICHER INDUSTRIES, INC. *v.* UNITED STATES; and
No. 88-1418. RAYMARK INDUSTRIES, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. Reported below: 858 F. 2d 712.

No. 88-1412. RANDALL ET AL. *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.